IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY LAMONT WILLIAMS, )
    Petitioner, )
                      )
       v.            )   Civil Action No. 08-1028
                      )    (Criminal No. 06-264)
UNITED STATES OF AMERICA,)
    Respondent. )

## ORDER

AND NOW, this 1st day of August, 2008, the Court, having received petitioner's motion to vacate [document #41], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before September 2, 2008.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before September 17, 2008.

                                      BY THE COURT:

                                      s/Gary L. Lancaster_____, J.
                                      Hon. Gary L. Lancaster,
                                      United States District Judge

cc:   Anthony Lamont Williams, #09157-068
      FCI-Beckley
      P.O. Box 350
      Beaver, WV 25813

      Ross Lenhardt,
      Assistant United States Attorney
      400 U.S. Post Office & Courthouse
      Pittsburgh, PA 15219