IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY LAMONT WILLIAMS, )
    Petitioner, )
     )
    v. ) Civil Action No. 08-1028
     ) (Criminal No. 06-264)
UNITED STATES OF AMERICA,)
    Respondent. )

## ORDER

AND NOW, this 23rd day of February, 2009, IT IS HEREBY ORDERED that an evidentiary hearing on petitioner's motion to vacate [document #41] will be held before the undersigned on Friday, April 3, 2009 at 10:30 a.m..

BY THE COURT:

s/Gary L. Lancaster          , J.
Hon. Gary L. Lancaster,
United States District Judge

cc: R. Damien Schorr, Esq.
    1015 Irwin Drive
    Pittsburgh, PA 15236

    Ross E. Lenhardt,
    Assistant United States Attorney
    400 U.S. Post Office & Courthouse
    Pittsburgh, PA 15219

    Anthony Lamont Williams, #09157-068
    FCI-Beckley
    P.O. Box 350
    Beckley, WV 25813

    Federal Public Defender

    United States Marshal