IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1028 |
| | ) | (Criminal No. 06-264) |
| ANTHONY LAMONT WILLIAMS | ) | |

**ORDER**

AND NOW, this 13th day of March, 2009, upon consideration of Defendant Anthony Lamont Williams' Motion to Continue Hearing, IT IS HEREBY ORDERED that the motion is GRANTED and the evidentiary hearing, currently set for April 3, 2009 at 10:30 a.m., is continued until Friday, May 8, 2009 at 10:30 a.m..

BY THE COURT:


s/Gary L. Lancaster
_____,
Hon. Gary L. Lancaster, U.S. District Judge

cc: All Parties
U.S. Marshal
Federal Public Defender