IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | Civil Action No. 08-1028 |
| | ) | (Criminal No. 06-264) |
| ANTHONY LAMONT WILLIAMS | ) | |

**ORDER**

On this _1ST_ day of May, 2009, upon consideration of Defendant Anthony Lamont Williams' Second Motion to Continue Hearing, it is hereby ORDERED, that the motion should be, and hereby is, GRANTED; and it is

FURTHER ORDERED, that the evidentiary hearing currently set for May 8, 2009 at 10:30 a.m. is continued until _JUNE 19_, 2009 at _9:30_ A. m.

By the Court,

_____
Lancaster, J.

CC: ALL COUNSEL
FEDERAL PUBLIC DEFENDER
U.S. MARSHAL