IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY LAMONT WILLIAMS, )
    Petitioner,     )
        )
      v.     )    Civil Action No. 08-1028
        )     (Criminal No. 06-264)
UNITED STATES OF AMERICA,)
    Respondent.    )

ORDER

AND NOW, this 17th day of June, 2009, IT IS HEREBY

ORDERED that the evidentiary hearing on petitioner's motion

to vacate [document #41], scheduled for June 19, 2009, will

now be held before the undersigned on Thursday, July 16,

2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States

Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the United States Marshal

for this District and the Superintendent of the Federal

Correctional Institution in Beckley, West Virginia shall

have the petitioner present for the above hearing and when

the petitioner is no longer needed before the Court, he

shall be returned to the custody of the Superintendent of

the Federal Correctional Institution in Beckley, West

Virginia

BY THE COURT:

s/Gary L. Lancaster_____, J.
Hon. Gary L. Lancaster,
United States District Judge

cc:    R. Damien Schorr, Esq.
       1015 Irwin Drive
       Pittsburgh, PA 15236

       Ross E. Lenhardt,
       Assistant United States Attorney
       400 U.S. Post Office & Courthouse
       Pittsburgh, PA 15219

       Anthony Lamont Williams, #09157-068
       FCI-Beckley
       P.O. Box 350
       Beckley, WV 25813

       Federal Public Defender

       United States Marshal